

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00326-CV

———————————————

IN RE COOK CHILDREN'S MEDICAL CENTER, Relator

---

Original Proceeding
Trial Court No. 017-303367-18

---

Before Meier, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for expedited relief and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and request for expedited relief are denied.

Per Curiam

Delivered:  October 19, 2018